UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BARSTAD, | ) |
| | ) CASE NO. C14-0523-RSL-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING MOTION FOR |
| | ) PRELIMINARY INJUNCTIVE |
| EARL X. WRIGHT, et al., | ) RELIEF |
| | ) |
| Defendants. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's Motion for Preliminary Injunction (Dkt. 2), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's Motion for Preliminary Injunction (Dkt. 2) is DENIED.

Dated this 31st day of July, 2014.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF
PAGE -1