UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES BARSTAD,

    Plaintiff,

    v.

EARL X. WRIGHT, et al.,

    Defendants.

CASE NO. C14-0523-RSL-MAT

ORDER RE: PENDING MOTIONS

Plaintiff James Barstad proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Permission to File an Over-Length Brief (Dkt. 25) and defendants filed a Motion for Extension of Time to File Dispositive Motion (Dkt. 27). Now, having considered the pending motions, the Court finds and rules as follows:

(1)    Plaintiff seeks permission to file an over-length brief. (Dkt. 25.) He, specifically, seeks to file a twenty-six page "Opening Brief and Memorandum." (Dkt. 25-1.) However, while the request to exceed the page limitation appears reasonable, the type of document plaintiff seeks to file is unclear. As observed by defendants (*see* Dkt. 26), the proposed brief and memorandum does not appear to constitute a motion for summary judgment

ORDER
PAGE -1

and, instead, appears to be a preemptive response to a dispositive motion not yet filed by defendants. To the extent petitioner is preemptively responding, the document is not a filing contemplated by the civil rules of procedure and is otherwise premature. Accordingly, plaintiff is directed to file a notice, **on or before October 28, 2014**, advising the Court of his intention with respect to his proposed Opening Brief and Memorandum, and his motion to file an over-length brief (Dkt. 25) is herein RENOTED for consideration as of that same date. If plaintiff intends the document as a motion for summary judgment, he should clearly state as such in the notice and request that the motion be noted for consideration by the Court. If plaintiff intends the document as a preemptive response to a future dispositive motion, the motion to file an over-length brief will be denied, and plaintiff will have the opportunity to re-file the brief and memorandum, or a revised document, to any dispositive motion filed by defendants.

(2) Defendants seek a thirty-day extension of time to file dispositive motions given the ongoing unavailability of two named defendants in this case. Plaintiff does not object to this request. (Dkt. 28.) Finding the requested extension reasonable, defendants' Motion for Extension of Time to File Dispositive Motion (Dkt. 27) is GRANTED. The dispositive motion deadline in this matter is herein extended to **October 28, 2014**.

(3) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and to Judge Lasnik.

DATED this <u>6th</u> day of October, 2014.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER
PAGE -2